1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DIXIANNE HAWKS,                          No.  2:20-CV-00306-KJM-DMC

12                   Plaintiff,

13           v.                                 ORDER

14    TOWN OF PARADISE, et al.,

15                   Defendants.

16

17          Plaintiff, who is proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.

18   The matter was referred to a United States Magistrate Judge as provided by Eastern District of

19   California local rules.

20          On December 5, 2022, the Magistrate Judge filed findings and recommendations, which

21   were served on the parties and which contained notice that the parties may file objections within

22   the time specified therein.  F&R, ECF No. 9.  Timely objections to the findings and

23   recommendations have been filed.  Obj., ECF No. 10.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the

26   findings and recommendations to be supported by the record and by the proper analysis.  In a

27   prior order, the Magistrate Judge clearly outlined the deficiencies in plaintiff's complaint and

28   instructed plaintiff on how to cure those deficiencies.  *See generally* Prior Order, ECF No. 8.  The

1  Magistrate Judge also "warned that failure to file an amended complaint within the time provided
2  in [the] order may be grounds for dismissal of this action." *Id.* at 12.  Plaintiff did not file an
3  amended complaint and did not explain this lack of filing in her objections. *See* Obj.

4          Accordingly, IT IS HEREBY ORDERED:

5            1.      The findings and recommendations filed December 5, 2022, are adopted in
6  full;

7            2.      This action is dismissed without prejudice for lack of prosecution and
8  failure to comply with court rules and orders; and

9            3.      The Clerk of the Court is directed to enter judgment and close this file.

10 DATED: February 21, 2023.

CHIEF UNITED STATES DISTRICT JUDGE